**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00952-REB-MJW

JIMMIE WELLMAN,

      Plaintiff,

v.

ROGER WERHOLTZ, Interim Executive Director of the DOC (in his official capacity),

      Defendant.

## SCHEDULING ORDER

**Blackburn, J.**

      The matter before me is the plaintiff's **Amended Motion for Preliminary Injunction** [#9][1] filed April 21, 2013. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing, if any, necessary to resolve this motion.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the plaintiff shall serve a summons, the amended complaint [#8], and the **Amended Motion for Preliminary Injunction** [#9], including any attachments to those documents, on the defendant as soon as practicable;

      2. That defendant **SHALL FILE** a response[2] to the **Amended Motion for**

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Any response is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 15.

**Preliminary Injunction** [#9] by Tuesday, April 23, 2013;

    3.  That the plaintiff **SHALL FILE** a reply[3] by Wednesday, April 24, 2013;

    4. That the court **SHALL HEAR** the **Amended Motion for Preliminary Injunction** [#9] on **Thursday, April 25, 2013**, **commencing at 11:00 a.m. (MDT)**, reserving 60 minutes for the hearing.[4]

    Dated April 22, 2013, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[3] Any reply is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 10.

[4] The hearing shall be conducted in courtroom A1001 in the Alfred A. Arraj, United States Courthouse Annex, 901 19th Street, Denver, CO 80294. At the outset of the hearing, the court will allocate the available time between the parties.