## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Date:                April 25, 2013

Deputy Clerk:        Kathleen Finney
Court Reporter:      Tracy Weir

**Civil Action No.    13-cv-00952-REB-MJW**

*Parties:*                                          *Counsel:*

JIMMIE WELLMAN,                                     Alison Ruttenberg

    Plaintiff,

v.

ROGER WERHOLTZ, Interim Executive                   Christopher Alber
Director of the DOC, in his official
capacity,

    Defendant.

## COURTROOM MINUTES

**Motion Hearing on #9**

**11:06 a.m.    Court in session**

Appearances of counsel.

Opening statements by the court.

The court addresses the **Amended Motion for Preliminary Injunction** [#9] filed April 21, 2013.

Statement by Ms. Ruttenberg.

Statement by Mr. Alber.

**IT IS ORDERED** as follows:

1. That the **Amended Motion for Preliminary Injunction** [#9] filed April 21, 2013 is **WITHDRAWN** and that hearing on this Motion is **VACATED.**

**11:11 a.m.    Court in recess.**

Total time in court:   00:05

Hearing concluded**.**