IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-000952-REB-MJW

JIMMIE WELLMAN,

Plaintiff(s),

v.

TONY CAROCHI, Acting Executive Director of the DOC (in his official capacity),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion to Vacate and Reschedule the June 11, 2013 Scheduling Conference (Docket No. 18) is granted.  The Scheduling Conference set on June 11, 2013, at 11:00 a.m. is VACATED and RESET on August 22, 2013, at 10:00 a.m.  The parties shall file their proposed Scheduling Order no later than five business days before the conference.

Date: June 3, 2013