IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
BRYAN ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendant's Motion for Enlargement of Time (Docket No. 43) is granted, finding good cause shown.  Defendants shall thus have up to and including August 15, 2013, to serve responses to plaintiff's interrogatories.

Date: August 5, 2013