IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00952-REB-MJW

JIMMIE WELLMAN,

Plaintiff(s),

v.

ROGER WERHOLTZ, Interim Executive Director of the DOC (in his official capacity),
MAURICE FAUVEL, D.O. (In his official and personal capacities), and
JOHN DOES 1-10 (in their personal capacities),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion for Leave to File a Third Amended Complaint (Docket No. 58) is granted.  The tendered Third Amended Complaint (Docket No. 58-1) is accepted for filing as of the date of this Minute Order.  It is thus further

     ORDERED that on or before December 16, 2013, defense counsel shall advise the court whether the Motions to Dismiss (Docket Nos. 32 and 41) shall be withdrawn.

Date: December 9, 2013