IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00952-REB-MJW

JIMMIE WELLMAN,

Plaintiff(s),

v.

ROGER WERHOLTZ, Interim Executive Director of the DOC (in his official capacity),
MAURICE FAUVEL, D.O. (In his official and personal capacities), and
JOHN DOES 1-10 (in their personal capacities),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the Defendants' Notice Regarding Status of Motions to Dismiss (Docket No. 63), it is hereby ORDERED that the Motions to Dismiss (Docket Nos. 32 and 41) are deemed withdrawn.

Date: December 17, 2013