**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-0952-REB-MJW

JIMMIE WELLMAN

       Plaintiff

v.

RICK RAEMISCH, EXECUTIVE DIRECTOR OF THE DOC (IN HIS OFFICIAL CAPACITY),
MAURICE FAUVEL, IN HIS PERSONAL CAPACITY

       Defendants

---

## FINAL JUDGMENT

---

       In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

       Pursuant to the **Order Granting Motion for Summary Judgment** [#95] of Judge Robert E. Blackburn entered on March 19, 2015 it is

       ORDERED that judgment is entered in favor of the defendants, Rick Raemisch and Maurice Fauvel, against the plaintiff, Jimmie Wellman. The defendants are **AWARDED** their costs, to be taxed by the clerk of the court in the time and manner dictated by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

       Dated at Denver, Colorado this 19th day of March, 2015.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

By:  s/  A. Lowe

        A. Lowe
        Deputy Clerk